# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 22, 2023

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130



Re:  Blake Taylor
v. United States
No. 23-5640
(Your No. 19-10261)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 20, 2023 and placed on the docket September 22, 2023 as No. 23-5640.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst